Maria Cornejo SALINAS, Petitioner,

v.

Eric H. HOLDER, Jr., Attorney
General, Respondent.

No. 08–71567.

United States Court of Appeals,
Ninth Circuit.

Submitted May 25, 2010.*

Filed June 4, 2010.

Maria Cornejo Salinas, Los Angeles,
CA, pro se.

Lauren Fascett, OIL, David V. Bernal,
Assistant Director, U.S. Department of
Justice, Washington, DC, CAC–District
Counsel, Esquire, Office of the District
Counsel, Department of Homeland Securi-
ty, Los Angeles, CA, Ronald E. LeFevre,
Office of the District Counsel, Department
of Homeland Security, San Francisco, CA,
for Respondent.

Before: CANBY, THOMAS and W.
FLETCHER, Circuit Judges.

MEMORANDUM **

Petitioner Maria Cornejo Salinas, a na-
tive and citizen of El Salvador, petitions
pro se for review of a Board of Immigra-
tion Appeals order dismissing her appeal

* The panel unanimously concludes this case is
suitable for decision without oral argument.
See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36–3.

from an immigration judge's decision denying her application for asylum, withholding of removal and protection under the Convention Against Torture (CAT). We have jurisdiction under 8 U.S.C. § 1252. We review factual findings for substantial evidence, *Santos–Lemus v. Mukasey,* 542 F.3d 738, 742 (9th Cir.2008), and deny the petition for review.

■ Substantial evidence supports the Board's denial of asylum and withholding of removal because Salinas failed to show her alleged persecutors threatened her on account of a protected ground. Her fear of future persecution based on an actual or imputed anti-gang opinion is not on account of the protected ground of either membership in a particular social group or political opinion. *See Ramos Barrios v. Holder,* 581 F.3d 849, 854–56 (9th Cir. 2009); *Santos–Lemus,* 542 F.3d at 745–46; *see Ochave v. INS,* 254 F.3d 859, 865 (9th Cir.2001) ("Asylum generally is not available to victims of civil strife, unless they are singled out on account of a protected ground.")

■ Substantial evidence also supports the Board's denial of CAT relief based on the Board's finding that Salinas did not establish a likelihood of torture by, at the instigation of, or with the consent or acquiescence of the El Salvadoran government. *See Arteaga v. Mukasey,* 511 F.3d 940, 948–49 (9th Cir.2007).

**PETITION FOR REVIEW DENIED.**

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.